FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 14 2019

James N. Hatten, Clerk
By: /s/ [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AISHA D. WOODSON,

    Plaintiff

v.

BEST BUY,

    Defendant

CIVIL ACTION FILE NO.
1:17-CV-4943-ODE-JCF

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge J. Clay Fuller filed November 27, 2018 ("R&R") [Doc. 11]. No objections have been filed.

In the R&R, Judge Fuller recommends that this case be dismissed with prejudice for Plaintiff's failure to prosecute this action and for her repeated failures to comply with the rules and Orders of the Court, even after she was warned that noncompliance could result in dismissal of her complaint.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this case is DISMISSED WITH PREJUDICE.

SO ORDERED, this __11__ day of January, 2019.

                                              ORINDA D. EVANS
                                              UNITED STATES DISTRICT JUDGE